CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
Prathima Price, Esq., SBN 321378
Josie Zimmermann, Esq, SBN 324511
100 Pine St. Ste 1250
San Francisco, CA 94111
(858)375-7385; Fax (888)422-5191
josiez@potterhandy.com

Attorneys for Plaintiff

LITTLER MENDELSON, P.C.
Alvin Arceo, Esq., SBN 342387
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: (415) 229-1702; Fax: (415) 399-8490
Email: aarceo@littler.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Andres Gomez**,<br><br>　　　　Plaintiff,<br><br>v.<br><br>**Jackson Family Wines, Inc.**, a Delaware Corporation, dba Matanzas Creek Winery;<br><br>　　　　Defendant. | **Case No.: 3:22-CV-00957-WHO**<br><br>**Joint Stipulation to Extend Site Inspection Deadline**<br><br>HON. WILLIAM H. ORRICK |

COME NOW THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, AND STIPULATE, AS FOLLOWS:

1. WHEREAS, pursuant to the Court's February 17, 2022 Scheduling Order, the deadline to hold the joint inspection of the premises was

1. May 2, 2022 (sixty (60) days after service of complaint). Dkt. 6;

2. WHEREAS, the parties are unavailable to conduct the joint site inspection due to scheduling conflicts and therefore the parties require additional time;

3. WHEREAS, the Parties have now agreed to inspect the property on June 2, 2022.

4. THEREFORE, it is hereby stipulated and requested that the deadline to conduct the joint site inspection shall be extended to and including June 3, 2022. The parties request that all other dates that are calculated based on the inspection date be adjusted accordingly.

IT IS SO STIPULATED.

Dated: May 31, 2022                         CENTER FOR DISABILITY ACCESS


                                            By: /s/ Josie Zimmermann
                                                Josie Zimmermann, Esq.
                                                Attorney for Plaintiff

Dated: June 1, 2022                         LITTLER MENDELSON, P.C.


                                            By: /s/ Alvin Arceo
                                                Alvin Arceo, Esq.
                                                Attorney for Defendant

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: May 31, 2022                    CENTER FOR DISABILITY ACCESS

                                       By: /s/ Josie Zimmermann
                                           Josie Zimmermann, Esq.
                                           Attorney for Plaintiff