1 | CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Zachary Best, Esq., SBN 166035
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Alvin Arceo, Bar No. 34387
AArceo@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: 415.229.1702
Facsimile: 415.399.8490
Attorneys for Defendant
Jackson Family Wines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>    Plaintiff,<br>v.<br><br>JACKSON FAMILY WINES, INC., A DELAWARE CORPORATION, DBA MATANZAS CREEK WINERY,<br><br>    Defendants. | Case No.: 3:22-cv-00957-WHO<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1 | Dated: August 05, 2022         CENTER FOR DISABILITY ACCESS

    By:    /s/ Amanda Seabock
           Amanda Seabock
           Attorneys for Plaintiff

6 | Dated: August 05, 2022         LITTLER MENDELSON, P.C.

    By:    /s/ Alvin Arceo
           Alvin Arceo
           Attorneys for Defendant
           Jackson Family Wines, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Alvin Arceo, counsel for Jackson Family Wines, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: August 05, 2022          CENTER FOR DISABILITY ACCESS

                                By:     /s/ Amanda Seabock
                                        Amanda Seabock
                                        Attorneys for Plaintiff

4869-6264-5037.2 / 109789-1003